# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE R. LOERA,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>LARRY SMALLS, WARDEN,<br><br>　　　　Respondent. | CASE NO. CV 09-02369 DMG (FFM)<br><br>JUDGMENT |

This matter came before the Court on the Petition of JOE R. LOERA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: June 29, 2015

　　　　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE